THE MEHDI FIRM
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001
Azram@themehdifirm.com

Local Counsel for Plaintiff and the [Proposed] Class

HALUNEN & ASSOCIATES
CLAYTON HALUNEN
SUSAN M. COLER
MELISSA W. WOLCHANSKY
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  612/605-4098
Fax:  612/605-4099
halunen@halunenlaw.com
coler@halunenlaw.com
wolchansky@halunenlaw.com

Attorneys for Plaintiff and the [Proposed] Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCIE LIGON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>L'ORÉAL USA, INC.,<br><br>      Defendant. | Case No. 3:12-cv-04585-JCS<br><br>CLASS ACTION<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-1(a), Plaintiff Nancie Ligon and Defendant L'Oréal USA, Inc. hereby submit, through the undersigned, the following Stipulation to Extend Time to Respond to Complaint:

WHEREAS on August 30, 2012, Plaintiff filed her complaint in the above-titled action in the United States District Court, Northern District of California;

WHEREAS on September 6, 2012, Plaintiff served her complaint on Defendant;

WHEREAS Defendant's responsive pleading deadline is September 27, 2012;

WHEREAS the parties agree to extend Defendant's responsive pleading deadline to November 16, 2012;

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiff and Defendant through the undersigned, to extend Defendant's responsive pleading deadline to November 16, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  September 18, 2012                Respectfully submitted,

                THE MEHDI FIRM

                                   /s/
                AZRA Z. MEHDI

                One Market
                Spear Tower, Suite 3600
                San Francisco, CA  94105
                Telephone:  415/293-8039
                Fax:  415/293-8001

                Local Counsel for Plaintiff and the [Proposed] Class

HALUNEN & ASSOCIATES
CLAYTON HALUNEN
SUSAN M. COLER
MELISSA W. WOLCHANSKY
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  612/605-4098
Fax:  612/605-4099
halunen@halunenlaw.com
ler@halunenlaw.com
wolchansky@halunenlaw.com

Attorneys for Plaintiff and the [Proposed] Class

DATED:  September 18, 2012

WILLIAM F. CAVANAUGH, JR. (SBN: 133461)
wfcavanaugh@pbwt.com
FREDERICK B. WARDER III
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222

Attorneys for Defendant
L'ORÉAL USA, INC.

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing the Stipulation to Extend Time to Respond to Complaint.

Dated:  September 18, 2012

_____/s/_____
AZRA Z. MEHDI

Dated: 9/19/12

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT — - 2 - — No. 3:12-cv-04585-JCS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2012, I authorized the electronic filing of the Stipulation to Extend Time to Respond to Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice. I hereby certify that on September 18, 2012, I caused to be e-mailed the foregoing document to the non-CM/ECF participant:

Frederick B. Warder III
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2121
(212) 336-2222 (fax)
fbwarder@pbwt.com

*Attorney for Defendant L'Oreal USA, Inc.*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 18, 2012.

                                        /s/
                                AZRA Z. MEHDI

# Mailing Information for a Case 3:12-cv-04585-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Azra Z. Mehdi**
  azram@themehdifirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Susan M. Coler**
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**Clayton Halunen**
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**Melissa W. Wolchansky**
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402