1   C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
2   Benjamin J. Sitter (State Bar No. 273394)
    bsitter@fbm.com
3   FARELLA BRAUN + MARTEL LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA 94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Frederick B. Warder III (admitted *pro hac vice*)
    fbwarder@pbwt.com
7   PATTERSON BELKNAP WEBB & TYLER LLP
    1133 Avenue of the Americas
8   New York, New York 10036
    Telephone:  (212) 336-2121
9   Facsimile:  (212) 336-2222

10  Attorneys for Defendant
    L'ORÉAL USA, INC.

11

Azra Z. Mehdi, Esq.
azram@themehdifirm.com
The Mehdi Firm
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone:  (415) 293-8039
Facsimile:  (415) 293-8001

Attorney for Plaintiff and the [Proposed]
Class

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15  Ligon,                              | Case No. 3:12-cv-04585-RGS

16          Plaintiff,                  | JOINT STIPULATION AND [PROPOSED]
                                        | ORDER EXTENDING TIME TO
17      vs.                             | RESPOND TO THE COMPLAINT AND
                                        | POSTPONING CASE MANAGEMENT
18  L'Oréal USA, Inc.,                  | CONFERENCE

19          Defendant.

20

21          Pursuant to Local Rule 6-2(a), Plaintiff Nancie Ligon and Defendant L'Oréal USA, Inc.

22  hereby submit, through the undersigned, the following Joint Stipulation Extending Time:

23          WHEREAS on August 30, 2012, Plaintiff filed her complaint in the above-titled action in

24  the United States District Court, Northern District of California;

25          WHEREAS on September 6, 2012, Plaintiff served her complaint on Defendant;

26          WHEREAS Defendant's responsive pleading deadline was originally September 27, 2012,

27  but was extended by stipulation to November 16, 2012;

28          WHEREAS on October 15, 2012, this Court ordered a case management conference to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIPULATION EXTENDING TIME
Case No. 3:12-cv-04585-RGS

28231\3318969.1

1  take place on January 17, 2013 at 10:00 a.m.;

2      WHEREAS the parties are engaging in informal discovery on a confidential basis and

3  analyzing and discussing claims and would like the time to complete this process before moving

4  forward with litigation;

5      IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiff and

6  Defendant through the undersigned, to extend Defendant's responsive pleading deadline to

7  January 29, 2013, to postpone the case management conference until February 21, 2013 at 10:00

8  a.m. , or until the first available date thereafter, and to postpone all dates relating to the case

9  management conference accordingly.

10  SO STIPULATED:

11  DATED:  October 23, 2012                FARELLA BRAUN + MARTEL LLP

12

13                                          By:_____/s/_____

14                                              C. Brandon Wisoff

15                                          Attorneys for Defendant L'Oréal USA, Inc.

16

17  DATED:  October 23, 2012                THE MEHDI FIRM

18

19                                          By:_____/s/_____

20                                              Azra Z. Mehdi

21                                          Attorney for Plaintiff and the [Proposed] Class

22

23              **ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

24      I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this

25  Stipulation And Proposed Order.  In compliance with Civil L.R. 5-1, I hereby attest that the

26  concurrence in the filing of this document has been obtained from each of the signatories. I

27  declare under penalty of perjury under the laws of the United States of America that the foregoing

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIPULATION EXTENDING TIME        - 2 -
Case No. 3:12-cv-04585-RGS                        28231\3318969.1

1   is true and correct.

2          Executed this 23rd day of October 2012.

3

4                                                    /s/
                                              C. Brandon Wisoff
5

6   PURSUANT TO STIPULATION, IT IS SO ORDERED
7
    DATED:  October 25, 2012
8
                                              Hon. Richard Seeborg
9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING TIME            - 3 -                    28231\3318969.1
Case No. 3:12-cv-04585-RGS